Certificate Number: 02910-CAN-DE-008056530

Bankruptcy Case Number: 09-43910

# CERTIFICATE OF DEBTOR EDUCATION

I certify that on August 18, 2009, at 4:08 o'clock PM EDT,

Arturo C Alvarez completed a course on personal financial management given by internet by

InCharge Education Foundation, Inc.,

a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Northern District of California.

Date: August 18, 2009   By   /s/Overton Kuhn

Name   Overton Kuhn

Title   Customer Support Representative

Certificate Number: 02910-CAN-DE-008056531

Bankruptcy Case Number: 09-43910

# CERTIFICATE OF DEBTOR EDUCATION

I certify that on August 18, 2009, at 4:08 o'clock PM EDT,

Amelia Alvarez completed a course on personal financial

management given by internet by

InCharge Education Foundation, Inc.,

a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning

personal financial management in the Northern District of California.

Date: August 18, 2009     By     /s/Overton Kuhn

                          Name   Overton Kuhn

                          Title  Customer Support Representative