```
 1  PATRICK L. FORTE, #80050
    ANNE Y. SHIAU, #273709
 2  LAW OFFICES OF PATRICK L. FORTE
    One Kaiser Plaza, #480
 3  Oakland, CA 94612
    Telephone: (510) 465-3328
 4  Facsimile: (510) 763-8354

 5  Attorneys for Debtors
```

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **In re:** | **Case No. 09-43910 WJL** |
| **ARTURO CUETO ALVAREZ and AMELIA PENA ALVAREZ,** | **Chapter 13** |
| | **OBJECTION TO CLAIM #20-1 OF GMAC MORTGAGE, LLC** |
| **Debtors.** _____/ | |

The undersigned objects to allowance of Claim No. 20-1 filed by GMAC Mortgage, LLC

( ) For any amount

( ) Except as an unsecured claim for $_____.

(X) Except as a secured claim to be paid at 0% interest.

( ) Except as an unsecured non-priority claim for $_____.

For the following reason:

The mortgage arrears are not entitled to receive any interest.

Dated: November 28, 2012     /s/ Anne Y. Shiau
                             ANNE Y. SHIAU
                             Attorney for Debtors