1  Arnold L. Graff (SBN 269170)
   agraff@piteduncan.com
2  Adam O. Miles (SBN 251529)
   amiles@piteduncan.com
3  **PITE DUNCAN, LLP**
   4375 Jutland Drive, Suite 200
4  P.O. Box 17933
   San Diego, CA 92177-0933
5  Telephone: (858) 750-7600
   Facsimile:  (619) 590-1385
6

7  Attorneys for Wells Fargo Bank, N.A. as Trustee for Harborview Mortgage Loan Trust 2006-10

## UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA - OAKLAND DIVISION

| In re | Case No. 09-43910 |
|---|---|
| ARTURO CUETO ALVAREZ AND AMELIA PENA ALVAREZ, | **NOTICE OF CHANGE OF ADDRESS RE: PROOF OF CLAIM #20** |
| Debtor. | |

The undersigned hereby gives notice of the change of address of the Proof of Claim # 20 filed on September 14, 2009 and submits the following information:

Name and address of creditor:

   Wells Fargo Bank, N.A. as Trustee for Harborview Mortgage Loan Trust 2006-10

| Name and address where **notices** should be sent: | Name and address where **payments** should be sent: |
|---|---|
| Ocwen Loan Servicing, LLC<br>ATTN: Bankruptcy Department<br>1100 Virginia Drive, Suite 175<br>Fort Washington, PA 19034 | Ocwen Loan Servicing, LLC<br>ATTN: Payment Processing<br>3451 Hammond Avenue<br>Waterloo, IA 50702 |
| Phone: 1-800-850-4622 | Phone: 1-800-850-4622 |

Dated: May 8, 2013

PITE DUNCAN, LLP

/s/  _Adam Miles_

Attorneys for Wells Fargo Bank, N.A. as Trustee for Harborview Mortgage Loan Trust 2006-10

- 1 -

| | |
|---|---|
| 1 | UNITED STATES BANKRUPTCY COURT |
| 2 | NORTHERN DISTRICT OF CALIFORNIA - OAKLAND DIVISION |
| 3 | CASE NO. 09-43910 |
| 4 | CERTIFICATE OF SERVICE BY MAIL |

I, Brianne M. Floquet, am a resident of San Diego, California, and I am over the age of eighteen (18) years, and not a party to the within action. My business address is 4375 Jutland Drive, Suite 200; P.O. Box 17933, San Diego, CA 92177-0933.

I served the attached NOTICE OF PAYMENT CHANGE by placing a true copy thereof in an envelope addressed to:

SEE ATTACHED SERVICE LIST

which envelope was then sealed and postage fully prepaid thereon, and thereafter on May 8, 2013, deposited in the United States Mail at San Diego, California. There is regular delivery service between the place of mailing and the place so addressed by the United States Mail.

I certify under penalty of perjury that the foregoing is true and correct.

Dated: May 16, 2013     /s/Brianne M. Floquet
                         BRIANNE M. FLOQUET

# SERVICE LIST

**DEBTOR(S)**

Arturo Cueto Alvarez
Amelia Pena Alvarez
502 Violet Road
Hercules, CA 94547


**DEBTOR(S) ATTORNEY**

Patrick L. Forte
Law Offices of Patrick L. Forte
1 Kaiser Plaza #480
Oakland, CA 94612-3610

**CHAPTER 13 TRUSTEE**

Martha G. Bronitsky
P.O. Box 9077
Pleasanton, CA 94566

**U.S. TRUSTEE**

Department of Justice
Northern District of California - Oakland Division
1301 Clay St. #690N
Oakland, CA 94612